UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSAELIA GARZA, | § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION H-16-853 |
| UNITED HEALTHCARE INSURANCE COMPANY, | § § § | |
| *Defendant*. | § | |

## ORDER

Pending before the court is plaintiff Rosaelia Garza's objection (Dkt. 31) to the Magistrate Judge's order granting in part and denying in part (Dkt. 30) Garza's motion to determine the standard of review (Dkt. 11). Because another case considering the same issue is on an appeal to the Fifth Circuit, *Ariana M. v. Humana Health Plan of Texas, Inc.*, No. 16-20174 (oral argument heard Feb. 9, 2017), the court has determined that a stay is appropriate.

The court has inherent authority to manage its own docket, which includes the power to stay a case if doing so promotes judicial efficiency. *See Clinton v. Jones*, 520 U.S. 681, 706, 117 S. Ct. 1636 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."). The court exercises its judicial discretion to manage its own docket and *sua sponte* STAYS this case until the Fifth Circuit issues its decision in *Ariana M. v. Humana Health Plan of Texas*. The parties must move to reinstate this cause of action on the court's active docket after the Fifth Circuit decision is issued.

This cause of action is STAYED and administratively (statistically) closed. A copy of this order shall be attached as an exhibit to any motion to reinstate.

Signed at Houston, Texas on March 29, 2017.

_____
Gray H. Miller
United States District Judge