IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSAELIA GARZA | § | |
| | § | |
| VS. | § | CA No. 4:16-cv-00853 |
| | § | |
| UNITEDHEALTHCARE | § | |
| INSURANCE COMPANY | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Rosaelia Garza and Defendant UnitedHealthcare Insurance Company announce to the Court that the matters in controversy between them have been settled and that the consideration has been paid in full and received. In accordance with the Settlement Agreement between the parties, Plaintiff and Defendant hereby stipulate as follows:

1. All claims, defenses, debts, or causes of action asserted or assertable by and between the parties are dismissed with prejudice; and

2. Each party agrees to bear its own costs, attorneys' fees, and expenses.

AGREED AND APPROVED:

By:_____
James C. Plummer, TBA #16075700
Federal I.D. No. 3692
Amar Raval, TBA #24046682
S.D. No. 619209
Berg Plummer Johnson & Raval LLP
4203 Montrose Blvd., Suite 260
Houston, Texas 77006
(713) 526-0200
(832) 615-2665 (Fax)
jplummer@bergplummer.com
araval@bergplummer.com

1

1/4320414.2

ATTORNEYS FOR PLAINTIFF

AGREED AND APPROVED:

By: _____
Michael H. Bernstein
Robinson & Cole LLP
Chrysler East Building
666 Third Ave, 20th floor
New York, NY 10017
(212) 451-2900
(212) 451-2999
mbernstein@rc.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Joint Stipulation of Dismissal was served by hand delivery, certified mail, return receipt requested, or by fax transmission on October 20, 2017, to:

Michael H. Bernstein
Robinson & Cole LLP
Chrysler East Building
666 Third Ave, 20th floor
New York, NY 10017

_____
Amar Raval

1/4320414.2